## In re Estate of Nicholas Keiser, Deceased.

### Gen. No. 43,193.

Heard in the second division, first district, this court at the October term, 1944; opinion filed May 29, 1945; rehearing denied June 12, 1945; released for publication June 14, 1945. Julius E. Solomon, for appellant; Muench & Muench, for appellee; Morgan C. Muench, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.